# EXHIBIT A

**Corporate Organization Chart**

Doc#: US1:7546752v9

# BUFFETS ENTITY CHART
## (Post Reorganization)

