**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BUFFETS RESTAURANTS HOLDINGS,<br>INC. *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 12-10237 (MFW)<br>)<br>) (Jointly Administered)<br>)<br>) **Ref. Docket No. 512** |

**NOTICE OF FILING OF SUPPLEMENT TO DEBTORS' AMENDED JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on April 30, 2012, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed their Debtors' Amended Joint Plan of Reorganization under chapter 11 of the Bankruptcy Code [Docket No. 512] (the "Plan") and the Disclosure Statement describing the Plan [Docket No. 513] (the "Disclosure Statement").[2]

PLEASE TAKE FURTHER NOTICE that, as set forth in the Disclosure Statement, attached hereto as Exhibits A through I are the following parts of the Plan Supplement:

Exhibit A:    Exit Facility

Exhibit B:    Form of Shareholders Agreement

Exhibit C:    Amendments to Certificates of Incorporation, Operating Agreements and Bylaws[3]

Exhibit D:    Schedule of Additional Rejected Contracts and Leases

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Buffets Restaurants Holdings, Inc. (9569), Buffets Holdings, Inc. (4018), Buffets, Inc. (2294), HomeTown Buffet, Inc. (3002), OCB Purchasing Co. (7610), OCB Restaurant Company, LLC (7607), Buffets Franchise Holdings, LLC (8749), Buffets Leasing Company, LLC (8138), Ryan's Restaurant Group, Inc., (7895), Ryan's Restaurant Leasing Company, LLC (7405), HomeTown Leasing Company, LLC (8142), OCB Leasing Company, LLC (8147), Fire Mountain Restaurants, LLC (8003), Fire Mountain Leasing Company, LLC (7452), Tahoe Joe's, Inc. (7129) and Tahoe Joe's Leasing Company, LLC (8145).  The address for all of the Debtors is 1020 Discovery Road, Suite 100, Eagan, Minnesota 55121.

[2]    All terms not otherwise defined herein shall be given the meanings ascribed to them in the Plan.

[3]    The Plan Supplement Documents include the Third Amended and Restated Certificate of Incorporation and the Amended By-Laws for Buffets Restaurants Holdings, Inc.  The certificates of incorporation, by-laws, and other similar governing documents for the other Debtor entities will be substantially similar in form and substance to those Debtors' existing organizational documents.

01:12213374.1

Exhibit E:     Schedule of Additional Assumed Leases

Exhibit F:     Excluded Avoidance Actions

Exhibit G:     Alternative Dispute Resolution Procedures

Exhibit H:     Litigation Trust Agreement

Exhibit I:     Identity of Litigation Trustee and Trust Advisory Board Members

PLEASE TAKE FURTHER NOTICE that any holder of Claims or Equity Interests who would like to receive copies of any of the exhibits to the Plan Supplement may receive a copy by contacting Dennis Mason at (302) 571-4748 or dmason@ycst.com. Copies may also be obtained through the website of the United States Bankruptcy Court for the District of Delaware, https://ecf.deb.uscourts.gov.

Dated:  Wilmington, Delaware
        June 20, 2012

YOUNG CONAWAY STARGATT & TAYLOR, LLP_

_/s/ Travis G. Buchanan_

Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Ryan M. Bartley (No. 4985)
Travis G. Buchanan (No.5595)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

- and -

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Jeffrey D. Saferstein
Philip A. Weintraub
Evan R. Zisholtz
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

_Counsel for the Debtors and Debtors in Possession_

2