**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 12-10237 (MFW) |
| BUFFETS RESTAURANTS HOLDINGS, | ) |
| INC. *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Ref. Docket No. 512, 720, 733, and 739** |

**NOTICE OF CORRECTED[2] SECOND AMENDMENT TO SUPPLEMENT TO**
**DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION**
<u>**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**</u>

PLEASE TAKE NOTICE that on April 30, 2012, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the Debtors' Amended Joint Plan of Reorganization under chapter 11 of the Bankruptcy Code [Docket No. 512] (the "<u>Plan</u>") and the Disclosure Statement describing the Plan [Docket No. 513] (the "<u>Disclosure Statement</u>").[3]

PLEASE TAKE FURTHER NOTICE that on June 20, 2012, the Debtors filed their *Notice of Filing of Supplement to Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "<u>Plan Supplement</u>") [Docket No.720]. Included therein as Exhibit D was the Schedule of Additional Rejected Contracts and Leases.

PLEASE TAKE FURTHER NOTICE that on June 22, 2012, the Debtors filed their *Notice of Amendment to Supplement to Debtors' Amended Joint Plan of Reorganization*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Buffets Restaurants Holdings, Inc. (9569), Buffets Holdings, Inc. (4018), Buffets, Inc. (2294), HomeTown Buffet, Inc. (3002), OCB Purchasing Co. (7610), OCB Restaurant Company, LLC (7607), Buffets Franchise Holdings, LLC (8749), Buffets Leasing Company, LLC (8138), Ryan's Restaurant Group, Inc., (7895), Ryan's Restaurant Leasing Company, LLC (7405), HomeTown Leasing Company, LLC (8142), OCB Leasing Company, LLC (8147), Fire Mountain Restaurants, LLC (8003), Fire Mountain Leasing Company, LLC (7452), Tahoe Joe's, Inc. (7129) and Tahoe Joe's Leasing Company, LLC (8145). The address for all of the Debtors is 1020 Discovery Road, Suite 100, Eagan, Minnesota 55121.

[2] This corrected amendment is being filed to correct the biography of Rob Webster, one of the members of the New Board.

[3] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Plan.

**Error!**

*Under Chapter 11 of the Bankruptcy Code* [Docket No.722], which amended the Schedule of

Additional Rejected Contracts and Leases to add a certain real-property lease.

PLEASE TAKE FURTHER NOTICE that the Plan Supplement is hereby

amended to add to the Schedule of Additional Rejected Contracts and Leases, for rejection

effective as of the Effective Date, all executory employment and severance agreements between

the Debtors and any current or former employees of the Debtors, to the extent such agreements

have not been explicitly assumed by prior order of the Court.

PLEASE TAKE FURTHER NOTICE that the Plan Supplement is hereby further

amended to add Exhibit A, attached hereto, containing the identities of the members of the New

Board and senior management of Reorganized Debtors.

Dated: Wilmington, Delaware
      June 27, 2012

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Jeffrey D. Saferstein
Philip A. Weintraub
Evan R. Zisholtz
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Counsel for the Debtors and Debtors in Possession*

**Error!**

# EXHIBIT A

**Error!**

The Members of the New Board and
Senior Management of Reorganized Debtors

Initial Members of the New Board

Pursuant to Article V.B of the Plan, the identities and affiliations of all individuals proposed to serve as the initial board members and initial officers of the New Board as of the Effective Date are set forth below:

**Rob Webster**, Co-Founder of Twin Haven Capital Partners, an investment management firm that is experienced in investing in the restaurant industry. Mr. Webster currently serves as Chairman of the Board of Uno Restaurant Holdings, Inc. (a privately held company operating approximately 160 owned and franchised casual dining restaurants) and also serves as a Trustee for Viewpoint School.

**Todd Brown**, founder of Brown Capital Advisers, a consulting firm.  Mr. Brown has served on several Boards across an array of industries from home builders to restaurants (Star Buffet, Phoenix Restaurant Group).  He originally spent 14 years at Deloitte & Touche and also has operational experience having served as an executive in various companies mostly in the real estate sector.

**Santino Blumetti**, managing partner of Rimrock Capital Management.  Mr. Blumetti is the head of credit and macro investments at Rimrock, and holds an MBA from Yale University.   Prior to Rimrock, Mr. Blumetti worked at DE Shaw, Goldman Sachs and TCW.

**David Merritt**, current Buffets board member.  Mr. Merritt  is a retired KPMG partner who also currently serves on the Boards of Charter Communications, Calpine Corp, Outdoor Life Network and Buffets.

**Mike Andrews**, current Buffets CEO.

**Robert Del Genio**, one of the co-founders and managing members of the CDG Group, a financial advisory firm.  Mr. Del Genio  is a recognized leader in the field of restructuring and mergers and acquisitions and has over 30 years of experience.

**John Strek**, a Managing Director of CDG Group.  Mr. Strek has provided financial advice in connection with many companies in the restaurant industry, including Shoney's and Boston Chicken.

Members of the New Board shall receive compensation substantially similar to compensation that was provided to members of the board of directors prior to the Petition Date, except as may be amended or modified by the New Board after the Effective Date.

**Error!**

Senior Management

Upon the Effective Date, the officers of the Reorganized Debtors shall be substantially the same as the officers of the Debtors on the Petition Date.

| Name | Position |
|---|---|
| MIKE ANDREWS | CHIEF EXECUTIVE OFFICER |
| JASON ABELKOP | EXECUTIVE VICE PRESIDENT, CHIEF MARKETING OFFICER |
| KEITH WALL | CHIEF FINANCIAL OFFICER |
| GREG GRABER | CHIEF OPERATING OFFICER |
| SCOTT IRWIN | EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL |
| FRED WILLIAMS | EXECUTIVE VICE PRESIDENT – CONCEPT DEVELOPMENT |
| AJITH KUMARAN | SENIOR VICE PRESIDENT STRATEGY AND SOURCING |
| PAUL HOLOVNIA | VICE PRESIDENT - TAX AND TREASURY |
| GREG SCHNEIDER | VICE PRESIDENT - PURCHASING |
| RICHARD WYKES | VICE PRESIDENT - OPERATIONS SERVICES |
| JASON SMITH | VICE PRESIDENT AND CONTROLLER |
| TINA THOUSAND | VICE PRESIDENT –INFORMATION SERVICES |
| ALICE CROWDER | VICE PRESIDENT - MARKETING |
| MIKE MILLER | VICE PRESIDENT - CONSTRUCTION |

The Reorganized Debtors' officers shall receive compensation similar to the compensation received by such officers prior to the Petition Date as may be modified or amended by the New Board.

**Error!**