**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 12-10237 (MFW) |
| BUFFETS RESTAURANTS HOLDINGS, | ) |  |
| INC. *et al.*,[1] | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Ref. Docket No. 512, 720 & 733** |

**NOTICE OF THIRD AMENDMENT TO SUPPLEMENT TO DEBTORS'**
**SECOND AMENDED JOINT PLAN OF REORGANIZATION UNDER**
**CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on April 30, 2012, the above-captioned debtors

and debtors in possession (collectively, the "Debtors") filed the Debtors' Amended Joint Plan of

Reorganization under chapter 11 of the Bankruptcy Code [Docket No. 512] (the "Plan") and the

Disclosure Statement describing the Plan [Docket No. 513] (the "Disclosure Statement").[2]

PLEASE TAKE FURTHER NOTICE that on June 20, 2012, the Debtors filed

their *Notice of Filing of Supplement to Debtors' Amended Joint Plan of Reorganization Under*

*Chapter 11 of the Bankruptcy Code* (the "Plan Supplement") [Docket No.720].  Included therein

as Exhibit G was the Alternative Dispute Resolution Procedures (the "Original ADR

Procedures").

PLEASE TAKE FURTHER NOTICE that on June 22, 2012, the Debtors filed

their *Notice of Amendment to Supplement to Debtors' Amended Joint Plan of Reorganization*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Buffets Restaurants Holdings, Inc. (9569), Buffets Holdings, Inc. (4018), Buffets, Inc. (2294), HomeTown Buffet, Inc. (3002), OCB Purchasing Co. (7610), OCB Restaurant Company, LLC (7607), Buffets Franchise Holdings, LLC (8749), Buffets Leasing Company, LLC (8138), Ryan's Restaurant Group, Inc., (7895), Ryan's Restaurant Leasing Company, LLC (7405), HomeTown Leasing Company, LLC (8142), OCB Leasing Company, LLC (8147), Fire Mountain Restaurants, LLC (8003), Fire Mountain Leasing Company, LLC (7452), Tahoe Joe's, Inc. (7129) and Tahoe Joe's Leasing Company, LLC (8145).  The address for all of the Debtors is 1020 Discovery Road, Suite 100, Eagan, Minnesota  55121.

[2]    All terms not otherwise defined herein shall be given the meanings ascribed to them in the Plan.

01:12244481.1

*Under Chapter 11 of the Bankruptcy Code* [Docket No.722], which amended the Schedule of Additional Rejected Contracts and Leases to add a certain real-property lease.

PLEASE TAKE FURTHER NOTICE that on June 26, 2012, the Debtors filed their *Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 733].

PLEASE TAKE FURTHER NOTICE that on June 27, 2012, the Debtors filed their *Notice of Corrected Second Amendment to Supplement to Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No.741], which (i) amended the Schedule of Additional Rejected Contracts and Leases, for rejection effective as of the Effective Date, all executory employment and severance agreements between the Debtors and any current or former employees of the Debtors, to the extent such agreements have not been explicitly assumed by prior order of the Court, and (ii) added an Exhibit that included the identities of the members of the New Board and Senior Management of Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that the Plan Supplement is hereby amended to replace the Original ADR Procedures, with the Alternative Dispute Resolution Procedures annexed hereto as Exhibit 1 (the "Revised ADR Procedures").  Attached hereto as Exhibit 2 is a blackline of the Original ADR Procedures against the Revised ADR Procedures.

Dated: Wilmington, Delaware
      June 27, 2012

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Ryan M. Bartley*
                Pauline K. Morgan (No. 3650)
                Sean T. Greecher (No. 4484)
                Ryan M. Bartley (No. 4985)
                Rodney Square
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone:  (302) 571-6600
                Facsimile:  (302) 571-1253

                - and -

                PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP
                Jeffrey D. Saferstein
                Philip A. Weintraub
                Evan R. Zisholtz
                1285 Avenue of the Americas
                New York, New York 10019-6064
                Telephone:  (212) 373-3000
                Facsimile:  (212) 757-3990

                *Counsel for the Debtors and Debtors in Possession*

## EXHIBIT 1
### Revised ADR Procedures

01:12244481.1

**EXHIBIT 2**

**Blackline of Revised ADR Procedures**

01:12244481.1