**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:  Buffets Restaurants Holdings, Inc. et al

Case Nos. 12-10237 to 12-10252
Reporting Period:    4/4/13 - 7/3/13

**Post-Confirmation Quarterly Summary Report for the Reporting Period Beginning April 4, 2012 and Ending July 3, 2013**
**File with Court and submit copy to United States Trustee within 30 days after end of fiscal quarter.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | PCQSR 1 | Yes | N/A | N/A |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | PCQSR 1a | Yes | N/A | N/A |
| Statement of Operations | PCQSR 2 | Yes | N/A | N/A |
| Balance Sheet | PCQSR 3 | Yes | N/A | N/A |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

8/2/2013
Date

Keith E. Kravcik
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re:  **Buffets Restaurants Holdings, Inc. et al**
Debtor

Case No. 12-10237, 12-10252
Reporting Period:     4/4/13 - 7/3/13

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (PCQSR 1)**

**Cash Flow ($000)**

| | Week 1 Ended 10-Apr | Week 2 Ended 17-Apr | Week 3 Ended 24-Apr | Week 4 Ended 1-May | Week 5 Ended 8-May | Week 6 Ended 15-May | Week 7 Ended 22-May | Week 8 Ended 29-May | Week 9 Ended 5-Jun | Week 10 Ended 12-Jun | Week 11 Ended 19-Jun | Week 12 Ended 26-Jun | Week 13 Ended 3-Jul | Total Quarter 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts (inc Sales tax)** | | | | | | | | | | | | | | |
| Cash Receipts | 8,755 | 8,366 | 9,155 | 8,982 | 9,187 | 10,415 | 8,429 | 8,593 | 9,430 | 9,053 | 9,647 | 8,842 | 8,572 | 117,426 |
| Credit Card | 8,512 | 8,204 | 8,759 | 8,423 | 8,599 | 10,730 | 8,155 | 8,445 | 8,648 | 8,716 | 10,174 | 8,326 | 8,409 | 114,100 |
| | 17,267 | 16,570 | 17,914 | 17,405 | 17,786 | 21,145 | 16,584 | 17,038 | 18,078 | 17,769 | 19,821 | 17,168 | 16,981 | 231,526 |
| **Receipts** | | | | | | | | | | | | | | |
| (Gift Card Usage) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rebates, Other | 81 | 142 | 94 | 1,354 | 726 | 69 | 278 | 48 | 226 | 67 | 271 | 142 | 123 | 3,621 |
| **Total Cash Receipts** | 17,348 | 16,712 | 18,008 | 18,759 | 18,512 | 21,214 | 16,862 | 17,086 | 18,304 | 17,836 | 20,092 | 17,310 | 17,104 | 235,147 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| A/P | | | | | | | | | | | | | | |
| Prepetition A/P | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Postpetition A/P | 14,046 | 10,877 | 7,995 | 7,669 | 13,109 | 9,171 | 9,584 | 7,051 | 14,486 | 8,417 | 14,446 | 9,416 | 6,360 | 132,627 |
| Change in Trade Terms | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll | 4,367 | 5,402 | 4,312 | 5,618 | 4,280 | 5,257 | 4,471 | 5,607 | 4,213 | 5,200 | 4,403 | 5,562 | 4,261 | 62,953 |
| Rent (Cash Occupancy) | - | - | - | 5,613 | - | - | - | - | 5,671 | - | - | - | 5,628 | 16,912 |
| Sales Tax | 77 | 107 | 3,034 | 3,046 | 77 | 183 | 2,305 | 2,352 | 174 | 94 | 104 | 5,713 | 453 | 17,719 |
| Other Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | 18,490 | 16,386 | 15,341 | 21,946 | 17,466 | 14,611 | 16,360 | 15,010 | 24,544 | 13,711 | 18,953 | 20,691 | 16,702 | 230,211 |
| **Net Operating Cash Flows** | (1,142) | 326 | 2,667 | (3,187) | 1,046 | 6,603 | 502 | 2,076 | (6,240) | 4,125 | 1,139 | (3,381) | 402 | 4,936 |
| **Non-Operating Disb/(Receipts)** | | | | | | | | | | | | | | |
| Income Tax | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CapEx | 774 | 568 | 214 | 238 | 344 | 84 | 212 | 360 | 308 | 122 | 169 | 248 | 158 | 3,799 |
| Professional Fees, inc. Holdbacks | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Closed Restaurant Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deposits (Utility) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | (176) | - | - | - | - | (50) | (50) | - | - | - | (1,302) | (1,578) |
| Cash (Proceeds) from Asset Sales | - | - | - | | | | | | | | | | | |
| **Total Non-Operating Disbursements** | 774 | 568 | 38 | 238 | 344 | 84 | 212 | 310 | 258 | 122 | 169 | 248 | (1,144) | 2,221 |
| **Financing Payments** | | | | | | | | | | | | | | |
| Severance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense | - | 123 | - | 305 | 11 | - | 134 | 285 | - | - | 134 | 256 | 1 | 1,249 |
| Exit Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | 176 | - | - | - | 50 | - | 100 | - | 594 | 632 | 1,552 |
| **Total Financing Disbursements** | - | 123 | - | 481 | 11 | - | 134 | 335 | - | 100 | 134 | 850 | 633 | 2,801 |
| **Total Net Disbursements** | 19,264 | 17,077 | 15,379 | 22,665 | 17,821 | 14,695 | 16,706 | 15,655 | 24,802 | 13,933 | 19,256 | 21,789 | 16,191 | 235,233 |
| **Net Cash Receipts (Disbursements)** | (1,916) | (365) | 2,629 | (3,906) | 691 | 6,519 | 156 | 1,431 | (6,498) | 3,903 | 836 | (4,479) | 913 | (86) |

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:**

Per agreement with the U.S. Trustee, the Debtor will calculate the Trustee Fee on a per legal entity basis by allocating consolidated disbursements above, based on the percentage of total expenses per the Income Statement applicable to each legal entity.

| | BUFFETS INC. Case #12-10239 | BUFFETS LEASING Case #12-10244 | BUFFETS RESTAURANTS HOLDINGS. INC. Case #12-10237 | BUFFETS HOLDINGS Case #12-10238 | OCB REST CO Case #12-10242 | OCB REST LEASING Case #12-10248 | HOMETOWN BUFFET Case #12-10240 | HTB LEASING CO Case #12-10247 | RYAN'S RESTAURANT GROUP Case #12-10245 | RYAN'S LEASING Case #12-10246 |
|---|---|---|---|---|---|---|---|---|---|---|
| Allocation % | -0.05% | -0.01% | 0.00% | 0.00% | 41.60% | 0.56% | 20.00% | 0.29% | 1.60% | 0.00% |
| Total Disbursements | (112,276) | (22,453) | - | - | 97,859,518 | 1,312,659 | 47,035,930 | 690,542 | 3,764,339 | - |

| | FIRE MTN RESTAURANTS Case #12-10249 | FIRE MTN LEASING Case #12-10250 | TAHOE JOE'S Case #12-10251 | THJ LEASING Case #12-10252 | OCB PURCHASING Case #12-10241 | BUFFETS FRANCHISE Case #12-10243 | CONSOLIDATED |
|---|---|---|---|---|---|---|---|
| Allocation % | 32.02% | 0.00% | 4.43% | 0.05% | -0.49% | 0.00% | 100.00% |
| Total Disbursements | 75,322,211 | 253 | 10,424,282 | 117,217 | (1,159,229) | 8 | 235,233,000 |

In re: **Buffets Restaurants Holdings, Inc. et al**
　　　　　Debtor

Case No. 12-10237 (MFW)
Reporting Period:　4/4/13 - 7/3/13

**BANK RECONCILIATIONS (PCQSR 1a)**

| | Buffets, Inc. | Buffets Leasing Company | Buffets Holdings, Inc. | Buffets Restaurants Holdings | OCB Restaurant Company, LLC | OCB Leasing Company, LLC | Hometown Buffet, Inc. | Hometown Leasing Company | Tahoe Joe's, Inc. | Tahoe Joes Leasing Company | Buffets Franchise Holdings, LLC | Ryan's Restaurant Group, LLC | Ryan's Restaurant Leasing Company | Fire Mountain Restaurants | Fire Mountain Leasing Company | OCB Purchasing Co | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH ON HAND - DRAWER** | **53,900** | - | - | - | **439,374** | - | **218,751** | - | **26,100** | - | - | **28,009** | - | **545,387** | - | - | **1,311,521** |
| **TOTAL DEPOSITORY ACCOUNT** | **2,611,447** | - | - | - | **16,270** | - | - | - | **42,889** | - | - | - | - | - | - | - | **2,670,606** |
| DEPOSITORY - WELLS FARGO - THJ | | - | - | - | 16,270 | - | - | - | 42,889 | - | - | - | - | - | - | - | 59,158 |
| DEPOSITORY - FIFTH THIRD (BRINKS) | 2,611,447 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,611,447 |
| DEPOSITORY - REGIONS | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **CASH** | **30,898,722** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | **30,898,722** |
| CASH - WELLS FARGO - MAIN | 33,091,571 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 33,091,571 |
| CASH - WELLS FARGO - A/P | (551,167) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (551,167) |
| CASH - WELLS FARGO - PAYROLL | (1,644,718) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,644,718) |
| CASH - FIFTH THIRD BANK - NSF | 3,036 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,036 |
| **TOTAL CASH & CASH EQUIVALENTS** | **33,564,069** | - | - | - | **455,644** | - | **218,751** | - | **68,989** | - | - | **28,009** | - | **545,387** | - | - | **34,880,849** |

Certain of the cash accounts indicate negative balances because such accounts are controlled disbursement accounts and are not funded until checks are presented for payment.

**I hereby certify that the cash accounts of the debtor and all affiliated debtors are reconciled on a regular and timely basis.**

*Keith E. Kravcik*

Keith E. Kravcik, CFO

In re: Buffets Restaurants Holdings, Inc. et al
Debtor

Case No. 12-10237:12-10252
Reporting Period:     4/4/13 - 7/3/13
Statement of Operations (PCQSR 2)

**Buffets Restaurants Holdings, Inc.**
**Period from 4/4/13-7/3/13**

| | ELIMINATIONS | BUFFETS INC. | BUFFETS LEASING | BRHI | BHI | OCB REST CO | OCB REST LEASING | HOMETOWN BUFFET | HTB LEASING CO | RYAN'S ELIM |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | - | 8,174,471 | - | - | - | 83,890,286 | - | 47,155,606 | - | - |
| TOTAL FOOD COST | - | 3,122,864 | - | - | - | 31,692,352 | - | 17,878,837 | - | - |
| TOTAL LABOR | - | 2,375,261 | - | - | - | 23,086,436 | - | 11,884,263 | - | - |
| OPERATING COSTS | - | 916,671 | 10,702 | - | - | 10,369,845 | 165,489 | 5,776,047 | 125,071 | - |
| OCCUPANCY COSTS | - | 515,891 | 3,451 | - | - | 13,627,680 | 1,707,186 | 6,670,466 | 873,590 | - |
| TOTAL DIR & O/C | - | 1,432,562 | 14,153 | - | - | 23,997,525 | 1,872,675 | 12,446,512 | 998,661 | - |
| TOTAL RESTAURANT COSTS | - | 6,930,686 | 14,153 | - | - | 78,776,313 | 1,872,675 | 42,209,613 | 998,661 | - |
| RESTAURANT PROFIT (LEVEL 4) | - | 1,243,785 | (14,153) | - | - | 5,113,973 | (1,872,675) | 4,945,994 | (998,661) | - |
| TOTAL SG&A EXPENSE | (164,125) | 14,113,167 | 62,610 | - | - | 2,825,777 | 4,361 | - | - | - |
| BONUS - CORPORATE PLAN | - | 611,351 | - | - | - | - | - | - | - | - |
| RESTRUCTURE EXPENSE | - | 978,521 | - | - | - | - | - | - | - | - |
| RECONCEPTING EXPENSE | - | 202,047 | - | - | - | - | - | - | - | - |
| ACTION STATION EXPENSES | - | (8,528) | - | - | - | - | - | - | - | - |
| OPERATIONS IMPLEMENTATION | | 32,912 | | | | (120) | | | | |
| CLOSED RESTAURANT COSTS | - | 164 | - | - | - | 173,924 | - | 230,359 | - | - |
| IMPAIRMENT COSTS | - | - | - | - | - | 82,259 | - | 150,193 | - | - |
| EARNINGS FROM OPERATIONS | 164,125 | (14,685,847) | (76,763) | - | - | 2,032,133 | (1,877,036) | 4,565,441 | (998,661) | - |
| OTHER INCOME (EXPENSE) | | | | | | | | | | |
| FRANCHISE INCOME | - | 15,177 | - | - | - | - | - | - | - | - |
| INTEREST INCOME | - | 5,889 | - | - | - | - | - | - | - | - |
| INTEREST EXPENSE | - | (1,348,941) | - | - | - | - | - | - | - | - |
| OTHER INCOME (EXPENSE) | (164,125) | 215,907 | - | - | - | - | - | 207 | - | - |
| REORGANIZATION COSTS | - | (289,535) | - | - | - | (8,863) | - | 3,777 | - | - |
| NET WORTH TAX | - | (16,980) | - | - | - | - | - | - | - | - |
| INTERCOMPANY | - | 19,499,884 | 98,639 | - | - | (13,478,454) | 598,100 | (3,714,172) | 325,859 | - |
| TOTAL OTHER INCOME (EXPENSE) | (164,125) | 18,081,401 | 98,639 | - | - | (13,487,317) | 598,100 | (3,710,188) | 325,859 | - |
| EARNINGS BEFORE TAX | - | 3,395,553 | 21,876 | - | - | (11,455,184) | (1,278,936) | 855,253 | (672,802) | - |
| INCOME TAXES | - | (4,513,932) | - | - | - | - | - | (473,000) | - | - |
| NET EARNINGS (LOSS) | - | 7,909,485 | 21,876 | - | - | (11,455,184) | (1,278,936) | 1,328,253 | (672,802) | - |
| | | | | | | | | | | |
| Expense, gross | - | (109,392) | (21,876) | - | - | 95,345,470 | 1,278,936 | 45,827,560 | 672,802 | - |
| Expense Allocation (1) | 0.00% | -0.05% | -0.01% | 0.00% | 0.00% | 41.60% | 0.56% | 20.00% | 0.29% | 0.00% |

(1) Expense Allocation has been calculated by applying the expenses by
debtor as a percent of total expenses listed to the disbursements by debtor
set forth on PCQSR 1 (Schedule of Cash Receipts and Disbursements)

In re:  Buffets Restaurants Holdings, Inc. et al
Debtor

| | RYAN'S LLC | RYAN'S LEASING | FIRE MOUNTAIN RESTAURANTS | FIRE MTN LEASING | TAHOE JOE'S | THJ LEASING | OCB PURCHASING | BUFFETS FRANCHISE | CONSOLIDATED |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | 3,706,354 | - | 67,835,926 | - | 8,637,500 | - | - | - | 219,400,143 |
| TOTAL FOOD COST | 1,412,426 | - | 25,487,185 | - | 2,901,765 | - | (2,074,432) | - | 80,420,995 |
| TOTAL LABOR | 1,128,963 | - | 18,446,720 | - | 2,970,239 | - | - | - | 59,891,881 |
| OPERATING COSTS | 426,968 | - | 9,439,069 | 246 | 1,280,666 | 11,052 | (108,680) | - | 28,413,147 |
| OCCUPANCY COSTS | 461,063 | - | 11,207,148 | - | 1,100,954 | 144,283 | - | - | 36,311,712 |
| TOTAL DIR & O/C | 888,031 | - | 20,646,217 | 246 | 2,381,620 | 155,335 | (108,680) | - | 64,724,859 |
| | | | | | | | | | |
| TOTAL RESTAURANT COSTS | 3,429,420 | - | 64,580,121 | 246 | 8,253,623 | 155,335 | (2,183,112) | - | 205,037,734 |
| | | | | | | | | | |
| RESTAURANT PROFIT (LEVEL 4) | 276,935 | - | 3,255,805 | (246) | 383,876 | (155,335) | 2,183,112 | - | 14,362,409 |
| | | | | | | | | | |
| TOTAL SG&A EXPENSE | 256,334 | - | 1,094,347 | - | 578,395 | 513 | 215,516 | - | 18,986,894 |
| | | | | | | | | | |
| BONUS - CORPORATE PLAN | - | - | - | - | - | - | - | - | 611,351 |
| RESTRUCTURE EXPENSE | - | - | - | - | - | - | - | - | 978,521 |
| RECONCEPTING EXPENSE | - | - | - | - | - | - | - | - | 202,047 |
| ACTION STATION EXPENSES | - | - | - | - | - | - | - | - | (8,528) |
| OPERATIONS IMPLEMENTATION | | | | | | | | | 32,792 |
| CLOSED RESTAURANT COSTS | 7,844 | - | 514,580 | - | 4,425 | - | - | - | 931,297 |
| IMPAIRMENT COSTS | 1,894 | - | 2,005,300 | - | 1,208,526 | - | - | - | 3,448,172 |
| EARNINGS FROM OPERATIONS | 10,862 | - | (358,422) | (246) | (1,407,469) | (155,848) | 1,967,596 | - | (10,820,137) |
| | | | | | | | | | |
| OTHER INCOME (EXPENSE) | | | | | | | | | |
| FRANCHISE INCOME | - | - | - | - | - | - | - | - | 15,177 |
| INTEREST INCOME | - | - | - | - | - | - | - | - | 5,889 |
| INTEREST EXPENSE | - | - | - | - | - | - | - | - | (1,348,941) |
| OTHER INCOME (EXPENSE) | 6,682 | - | - | - | - | - | - | - | 58,671 |
| REORGANIZATION COSTS | 164 | - | 44,114 | - | 533 | - | - | - | (249,810) |
| NET WORTH TAX | - | - | - | - | - | - | - | - | (16,980) |
| INTERCOMPANY | (317,140) | - | (5,192,806) | - | (246,509) | 41,643 | 2,384,964 | (8) | - |
| TOTAL OTHER INCOME (EXPENSE) | (310,294) | - | (5,148,693) | - | (245,976) | 41,643 | 2,384,964 | (8) | (1,535,994) |
| | | | | | | | | | |
| EARNINGS BEFORE TAX | (299,432) | - | (5,507,115) | (246) | (1,653,445) | (114,205) | 4,352,560 | (8) | (12,356,131) |
| | | | | | | | | | |
| INCOME TAXES | (345,000) | - | - | - | (135,000) | - | 1,040,000 | - | (4,426,932) |
| NET EARNINGS (LOSS) | 45,568 | - | (5,507,115) | (246) | (1,518,445) | (114,205) | 3,312,560 | (8) | (7,929,199) |
| | | | | | | | | | |
| Expense, gross | 3,667,632 | - | 73,387,155 | 246 | 10,156,478 | 114,205 | (1,129,448) | 8 | 229,189,777 |
| Expense Allocation (1) | 1.60% | 0.00% | 32.02% | 0.00% | 4.43% | 0.05% | -0.49% | 0.00% | 100.00% |

(1) Expense Allocation has been calculated by applying the expenses by debtor as a percent of total expenses listed to the disbursements by debtor set forth on PCQSR 1 (Schedule of Cash Receipts and Disbursements)

In re: Buffets Restaurants Holdings, Inc. et al
Debtor

Case No. 12-10237:12-10252
Reporting Period:    4/4/13 - 7/3/13
Balance Sheet (PCQSR 3)

| | Eliminations | Buffets Inc. | Buffets Leasing | BRHI | BHI | OCB Rest Co | OCB Rest Leasing | Hometown Buffet | HTB Leasing Co | Ryan's LLC | Ryan's Leasing | Fire Mountain Restaurants | Fire Mtn Leasing | Tahoe Joe's | THJ Leasing | OCB Purchasing | Buffets Franchise | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | | | | | |
| Cash On Hand - Drawer | - | 53,900 | - | - | - | 439,374 | - | 218,751 | - | 28,009 | - | 545,387 | - | 26,100 | - | - | - | 1,311,521 |
| Total Depository Account | - | 2,611,447 | - | - | - | 16,270 | - | - | - | - | - | - | - | 42,889 | - | - | - | 2,670,606 |
| Cash | 30,898,722 | 30,898,722 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30,898,722 |
| **Total Cash & Cash Equivalents** | - | 33,564,069 | - | - | - | 455,644 | - | 218,751 | - | 28,009 | - | 545,387 | - | 68,989 | - | - | - | 34,880,849 |
| Receivables - Landlord | 99,600 | - | - | - | - | 50,000 | - | 49,600 | - | - | - | - | - | - | - | - | - | 99,600 |
| Credit Card Receivables | - | (369) | - | - | - | 205,618 | - | 1,322,628 | - | - | - | 7,327 | - | 72,291 | - | - | - | 1,607,495 |
| Total Rebates Receivable | 2,555,186 | 225,337 | - | - | - | - | - | - | - | 738,902 | - | - | - | 41,577 | - | 1,549,370 | - | 2,555,186 |
| Accounts Receivable | 445,821 | 242,200 | - | - | - | 7,534 | - | 82,572 | - | 30 | - | 99,596 | - | 13,888 | - | - | - | 445,821 |
| **Total Receivables** | - | 467,168 | - | - | - | 263,153 | - | 1,454,800 | - | 738,932 | - | 106,923 | - | 127,755 | - | 1,549,370 | - | 4,708,101 |
| Food Inventory | - | 259,111 | - | - | - | 2,361,121 | - | 1,304,712 | - | 137,534 | - | 1,916,962 | - | 295,661 | - | - | - | 6,275,100 |
| Smallwares Inventory | - | 960,555 | - | - | - | 8,729,094 | - | 4,291,961 | - | 395,334 | - | 7,024,451 | - | 402,191 | - | - | - | 21,803,587 |
| **Total Inventories** | - | 1,219,665 | - | - | - | 11,090,215 | - | 5,596,673 | - | 532,868 | - | 8,941,413 | - | 697,852 | - | - | - | 28,078,686 |
| Employee Advances | - | 14,844 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 14,844 |
| Escrow Deposits - Short Term | - | 2,500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,500 |
| Deposits - Prefunded LC - Current | 262,705 | 262,705 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 262,705 |
| Prepaid Car Leases | - | 30 | - | - | - | 15 | - | - | - | - | - | 15 | - | - | - | - | - | 60 |
| Prepaid Insurance | - | 260,307 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 260,307 |
| Prepaid Rent | - | 26,403 | - | - | - | 1,578,426 | - | 860,849 | - | 73,162 | - | 1,842,734 | - | 107,739 | - | - | - | 4,489,313 |
| Prepaid Car Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Other | - | 1,237,371 | - | - | - | 112,059 | - | 44,764 | - | 8,630 | - | 145,602 | - | 146,243 | - | 4,399 | - | 1,699,069 |
| Prepaid Property Taxes | - | - | - | - | - | 76,145 | - | - | - | - | - | 47,101 | - | - | - | - | - | 123,246 |
| Prepaid Advertising | 6,047,357 | 6,047,357 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,047,357 |
| Prepaid Rent Escrow | - | 16,738 | - | - | - | 337,001 | - | 158,106 | - | 6,773 | - | 6,829 | - | 14,783 | - | - | - | 540,230 |
| Notes Receivable - Short Term | - | 4,077 | - | - | - | 50,000 | - | - | - | - | - | - | - | - | - | - | - | 54,077 |
| **Total Prepaid Expenses And Other Assets** | - | 7,872,333 | - | - | - | 2,153,646 | - | 1,063,719 | - | 88,565 | - | 2,042,281 | - | 268,765 | - | 4,399 | - | 13,493,709 |
| **Assets Held For Sale** | - | - | - | - | - | - | - | - | - | 1,000,000.00 | - | - | - | - | - | - | - | 1,000,000 |
| Deferred Income Taxes - Current | - | 7,575,606 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,575,606 |
| Deferred Tax Valuation Allowance - Current | - | (44,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (44,000) |
| **Total Deferred Income Taxes - Current** | - | 7,531,606 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,531,606 |
| **Total Current Assets** | - | 50,654,842 | - | - | - | 13,962,657 | - | 8,333,943 | - | 2,388,374 | - | 11,636,005 | - | 1,163,361 | - | 1,553,770 | - | 89,692,951 |

In re: Buffets Restaurants Holdings, Inc. et al
Debtor

Case No. 12-10237:12-10252
Reporting Period:    4/4/13 - 7/3/13
Balance Sheet (PCQSR 3)

| | Eliminations | Buffets Inc. | Buffets Leasing | BRHI | BHI | OCB Rest Co | OCB Rest Leasing | Hometown Buffet | HTB Leasing Co | Ryan's LLC | Ryan's Leasing | Fire Mountain Restaurants | Fire Mtn Leasing | Tahoe Joe's | THJ Leasing | OCB Purchasing | Buffets Franchise | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cabinet Division Inventory | - | - | - | - | - | 3,042,183 | - | - | - | - | - | - | - | - | - | - | - | 3,042,183 |
| Corporate Inventory | - | 287,661 | - | - | - | 365,368 | - | - | - | - | - | - | - | - | - | (10,904) | - | 642,126 |
| Proceeds of sale clearing account | - | - | - | - | - | (383) | 383 | 150 | - | - | - | - | - | - | - | - | - | - |
| CIP | - | - | - | - | - | 220,142 | - | - | - | - | - | - | - | - | - | - | - | 220,142 |
| Land | - | - | - | - | - | 70,000 | - | - | - | 696,020 | - | 420,000 | - | - | - | - | - | 1,186,020 |
| Building | - | - | - | - | - | 954,436 | - | - | - | 2,341,128 | - | 439,506 | - | - | - | - | - | 3,735,070 |
| Accumulated Depreciation - Building | - | - | - | - | - | (41,423) | - | - | - | (140,704) | - | (18,198) | - | - | - | - | - | (200,325) |
| Leasehold Improvements | 67,241,746 | 554,715 | 22,133 | - | - | 35,241,211 | 373,406 | 16,936,385 | 304,239 | 362,877 | - | 8,647,328 | - | 4,798,346 | 1,105 | - | - | 67,241,746 |
| Accumulated Amortization | - | (147,442) | (1,017) | - | - | (12,846,026) | (43,059) | (4,196,139) | (9,762) | (116,103) | - | (1,363,658) | - | (985,486) | (53) | - | - | (19,708,745) |
| Equipment | - | 3,193,880 | 2,586,229 | - | - | 19,554,277 | 20,784,893 | 8,369,121 | 12,054,565 | 1,558,362 | - | 20,681,447 | - | 1,495,271 | 1,402,153 | - | - | 91,680,197 |
| Accumulated Depreciation - Equipment | - | (1,987,413) | (938,100) | - | - | (14,682,778) | (6,320,564) | (6,687,473) | (3,257,771) | (584,697) | - | (9,133,744) | - | (1,192,721) | (461,437) | - | - | (45,246,697) |
| Automobile | - | 6,489 | - | - | - | 8,393 | - | - | - | - | - | - | - | - | - | - | - | 14,882 |
| Accumulated Depreciation - Auto | - | (6,489) | - | - | - | (7,941) | - | - | - | - | - | - | - | - | - | - | - | (14,430) |
| Asset Impairments | - | 2,009 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,009 |
| Assets To Be Sold - PP&E | - | - | - | - | - | - | - | - | - | 800,000 | - | 8,901,161 | - | - | - | - | - | 9,701,161 |
| Accumulated Depreciation - Assets to be Sold | - | - | - | - | - | - | - | - | - | - | - | (465,730) | - | - | - | - | - | (465,730) |
| Property Leased Costs | - | - | - | - | - | - | - | - | - | - | - | 1,760,574 | - | - | - | - | - | 1,760,574 |
| Accumulated Depreciation - Property Leased | - | - | - | - | - | - | - | - | - | - | - | (230,845) | - | - | - | - | - | (230,845) |
| Automobile Leased Costs | - | 54,530 | - | - | - | 949,355.72 | - | - | - | - | - | 147,303 | - | - | - | - | - | 1,151,189 |
| Accumulated Depreciation - Auto Leased | - | (20,805) | - | - | - | (358,171.29) | - | - | - | - | - | (3,303) | - | - | - | - | - | (382,279) |
| **Total Property, Plant & Equipment, Net** | - | 1,937,135 | 1,669,245 | - | - | 32,468,643 | 14,795,058 | 14,421,894 | 9,091,271 | 4,916,884 | - | 29,781,842 | - | 4,115,410 | 941,768 | (10,904) | 0 | 114,128,247 |
| Goodwill | - | 30,256,432 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30,256,432 |
| **Total Goodwill** | - | 30,256,432 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30,256,432 |
| **Reorg Value in Excess of Identif Assets** | - | - | - | - | - | - | - | - | - | - | - | - | - | (25,492) | 25,492 | - | - | - |
| **Total Deferred Income Taxes - Non-Current** | - | - | - | - | 4,921,000 | - | - | - | - | - | - | - | - | - | - | - | - | 4,921,000 |
| Liquor Licenses | - | - | - | - | - | - | - | - | - | - | - | - | - | 282,189 | - | - | - | 282,189 |
| Leasehold Interest | - | - | - | - | - | 9,804,276 | - | 2,355,977 | - | - | - | 3,056,184 | - | 99,437 | - | - | - | 15,315,875 |
| Trademark | - | 45,024,658 | - | - | - | - | - | - | - | - | - | - | - | 1,808,219 | - | - | - | 46,832,877 |
| **Total Other Intangible Assets** | - | 45,024,658 | - | - | - | 9,804,276 | - | 2,355,977 | - | - | - | 3,056,184 | - | 2,189,844 | - | - | - | 62,430,940 |
| Intercompany | - | 140,194,515 | (2,293,357) | - | (4,922,642) | (100,438,117) | (19,799,346) | (18,175,859) | (11,614,522) | 69,570,834 | (315) | (51,513,512) | (561) | (8,062,368) | (1,397,419) | 8,453,018 | (350) | - |
| Investments In Subsidiaries | (103) | 42 | - | - | - | 10 | - | 11 | - | 20 | - | 10 | - | 10 | - | - | - | - |
| Prepaid - LT Rent Deposits | - | - | - | - | - | 16,900 | - | - | - | - | - | 238,409 | - | 7,000 | - | - | - | 262,310 |
| Prepaid - Other Long-Term | - | 101,413 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 101,413 |
| Capitalized Lease Collateral | - | 390,123 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 390,123 |
| Landlord Contributions - Non-Current | - | - | - | - | - | - | - | 727,920 | - | - | - | - | - | - | - | - | - | 727,920 |
| Utility Deposits | - | 1,272,803 | - | - | - | 622,337 | - | 617,938 | - | 15,778 | - | 545,399 | - | 69,434 | - | - | - | 3,143,690 |
| Deposits - Other Long Term | - | 629,524 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 629,524 |
| Insurance Loss Deposits | - | 136,053 | - | - | - | - | - | - | - | 22,141 | - | 129,756 | - | - | - | - | - | 287,950 |
| Total Debt Issuance Costs | - | 1,432,416 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,432,416 |
| Total Accum Amortization Debt Issuance Costs | - | (310,183) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (310,183) |
| Notes Receivable From Subsidiaries | (70,000,000) | 70,000,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Notes Receivable - Long Term | - | 9,924 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,924 |
| Split Dollar Life Ins Receivable | - | - | - | - | - | - | - | - | - | - | - | 116,247 | - | - | - | - | - | 116,247 |
| **Total Other Noncurrent Assets** | (70,000,000) | 73,662,073 | - | - | - | 639,237 | - | 1,345,857 | - | 37,920 | - | 1,029,811 | - | 76,434 | - | - | - | 6,791,333 |
| **Total Assets** | (70,000,103) | 341,729,697 | (624,112) | 0 | (1,642) | (43,563,294) | (5,004,288) | 8,281,824 | (2,523,251) | 76,914,032 | (315) | (6,009,659) | (561) | (517,308) | (455,651) | 9,995,884 | (350) | 308,220,903 |

In re: Buffets Restaurants Holdings, Inc. et al
Debtor

Case No. 12-10237:12-10252
Reporting Period:   4/4/13 - 7/3/13
Balance Sheet (PCQSR 3)

| | Eliminations | Buffets Inc. | Buffets Leasing | BRHI | BHI | OCB Rest Co | OCB Rest Leasing | Hometown Buffet | HTB Leasing Co | Ryan's LLC | Ryan's Leasing | Fire Mountain Restaurants | Fire Mtn Leasing | Tahoe Joe's | THJ Leasing | OCB Purchasing | Buffets Franchise | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Liabilities & Shareholders' Equity** | | | | | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | | | | | |
| Accounts Payable Accrual | - | 250,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 250,000 |
| Accounts Payable - Post-Petition | - | 21,656,597 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 21,656,597 |
| Misc. Accruals - Utilities | - | 110,189 | - | - | - | 1,239,387 | - | 665,655 | - | 63,209 | - | 1,332,016 | - | 91,325 | - | - | - | 3,501,781 |
| Misc. Accruals - Restaurant Level | - | - | - | - | - | 7,455 | - | 2,300 | - | - | - | 132 | - | 1,810 | - | - | - | 11,697 |
| Misc. Accruals - Corp Level | - | 391,946 | - | - | - | - | - | - | - | - | - | - | - | 172 | - | - | - | 392,118 |
| Misc. Accruals - Ap/Prepaid Rcls | - | 2,501,821 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,501,821 |
| Misc. Accruals - Open PO | - | 105,264 | - | - | - | (3,638) | - | - | - | - | - | 203 | - | - | - | - | - | 101,828 |
| Misc. Accruals - AP/Prepaid Rcls | (720,723) | (720,723) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (720,723) |
| **Total Accounts Payable** | **-** | **24,295,094** | **-** | **-** | **-** | **1,243,204** | **-** | **667,956** | **-** | **63,209** | **-** | **1,332,350** | **-** | **93,307** | **-** | **-** | **-** | **27,695,120** |
| Accrued 401(K) | - | 312,022 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 312,022 |
| Accrued Payroll | - | 436,843 | - | - | - | 2,230,325 | - | 882,709 | - | 68,156 | - | 1,731,236 | - | 200,307 | - | 10,454 | - | 5,560,033 |
| Accrued Bonus | - | 747,579 | - | - | - | - | - | 372,075 | - | 293,146 | - | - | - | 10,030 | - | - | - | 1,422,830 |
| Accrued Payroll Taxes | - | 119,010 | - | - | - | 465,201 | - | 195,910 | - | 21,519 | - | 366,294 | - | 72,580 | - | 4,830 | - | 1,245,344 |
| Accrued Vacation | 4,717,551 | 4,343,818 | - | - | - | - | - | - | - | 373,733 | - | - | - | - | - | - | - | 4,717,551 |
| **Total Accrued Compensation** | **-** | **5,959,272** | **-** | **-** | **-** | **2,695,526** | **-** | **1,450,695** | **-** | **756,554** | **-** | **2,097,530** | **-** | **282,917** | **-** | **15,284** | **-** | **13,257,780** |
| Accrued Insurance - Auto | - | 674 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 674 |
| Workers Compensation Payable | - | 13,408,212 | - | - | - | - | - | - | - | 4,017,953 | - | - | - | - | - | - | - | 17,426,165 |
| Workers Compensation Payable Other | - | - | - | - | - | 67,978 | - | 27,617 | - | 2,308 | - | - | - | - | - | - | - | 97,903 |
| Accrued Insurance - General Liability | - | 1,574,504 | - | - | - | - | - | - | - | 1,131,879 | - | - | - | - | - | - | - | 2,706,383 |
| Accrued Benefits - Mgmt | - | 643,370 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 643,370 |
| Accrued Benefits - Crew | 578,315 | - | - | - | - | - | - | - | - | - | - | - | - | 578,315 | - | - | - | 578,315 |
| Accrued Insurance - Other | 173,027 | 173,027 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 173,027 |
| **Total Accrued Insurance** | **-** | **15,789,787** | **-** | **-** | **-** | **67,978** | **-** | **27,617** | **-** | **5,147,139** | **-** | **578,315** | **-** | **-** | **-** | **-** | **-** | **21,610,837** |
| Accrued Percentage Rent | - | - | - | - | - | 74,494 | - | 91,478 | - | - | - | - | - | - | - | - | - | 165,972 |
| Accrued Interest | - | 99,608 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 99,608 |
| Accrued Property Taxes | 3,685,277 | 49,537 | - | - | - | 940,518 | - | 246,206 | - | 259,484 | - | 2,158,965 | - | 30,566 | - | - | - | 3,685,277 |
| Accrued Litigation Reserve | - | 475,160 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 475,160 |
| Accrued Severance Reserve | - | 121,704 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 121,704 |
| Accrued Postage | - | - | - | - | - | 5,059 | - | - | - | - | - | - | - | - | - | - | - | 5,059 |
| Accrued Advertising | - | 825 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 825 |
| Accrued Liabilities - Other | - | 3,022,810 | - | - | - | 62,356 | - | 93,215 | - | 388 | - | 11,261 | - | 21,273 | - | - | - | 3,211,303 |
| Deferred Income - Current | - | 260,892 | - | - | - | - | - | - | - | - | - | 3,621 | - | - | - | - | - | 264,514 |
| Deferred Trade Revenue | - | 831,253 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 831,253 |
| Gift Certificates | - | 3 | - | (3) | - | - | - | - | - | - | - | - | - | (3) | - | - | - | - |
| Gift Cards - Consumer Program | - | 1,999,543 | - | - | - | - | - | - | - | - | - | - | - | 412,780 | - | - | - | 2,412,323 |
| Gift Cards - Employee Program | - | - | - | - | - | - | - | - | - | - | - | - | - | 8,265 | - | - | - | 8,265 |
| Gift Cards - Employee Program | - | 2,544,901 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,544,901 |
| Tour Tickets | - | 4,314 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,314 |
| Sales/Use Tax Payable | - | 37,010 | 2,720 | - | - | 1,579,185 | 22,532 | 955,283 | 8,006 | 56,574 | - | 1,714,127 | - | 169,989 | 2,777 | - | - | 4,548,202 |
| Accrued Restaurant Closing Costs | - | - | - | - | - | 141,087 | - | - | - | - | - | 8,087 | - | - | - | - | - | 149,175 |
| **Total Accrued Liabilities** | **-** | **31,196,619** | **2,720** | **-** | **-** | **5,566,204** | **22,532** | **2,864,493** | **8,006** | **6,220,140** | **-** | **6,571,907** | **-** | **925,789** | **2,777** | **15,284** | **-** | **53,396,470** |
| Income Taxes Payable | - | (37,260) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (37,260.00) |
| Income Tax Reserve - Current | - | 1,021,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,021,000.00 |
| **Total Income Taxes Payable** | **-** | **983,740** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **983,740.00** |
| **Current Maturities Of Long-Term Debt** | **-** | **2,343,546** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **2,343,546** |
| Capital Leases Equip - Short Term | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Leases Auto - Short Term | - | - | - | - | - | 346,567 | - | - | - | - | - | - | - | - | - | - | - | 346,567 |
| Capital Leases Property - Short Term | - | - | - | - | - | - | - | - | - | - | - | 148,507 | - | - | - | - | - | 148,507 |
| **Total Capital Leases - Short Term** | **-** | **-** | **-** | **-** | **-** | **346,567** | **-** | **-** | **-** | **-** | **-** | **148,507** | **-** | **-** | **-** | **-** | **-** | **495,074** |
| **Total Current Liabilities** | **-** | **58,818,999** | **2,720** | **-** | **-** | **7,155,975** | **22,532** | **3,532,448** | **8,006** | **6,283,349** | **-** | **8,052,764** | **-** | **1,019,096** | **2,777** | **15,284** | **-** | **84,913,949** |

In re: Buffets Restaurants Holdings, Inc. et al
Debtor

Case No. 12-10237:12-10252
Reporting Period:    4/4/13 - 7/3/13
Balance Sheet (PCQSR 3)

| | Eliminations | Buffets Inc. | Buffets Leasing | BRHI | BHI | OCB Rest Co | OCB Rest Leasing | Hometown Buffet | HTB Leasing Co | Ryan's LLC | Ryan's Leasing | Fire Mountain Restaurants | Fire Mtn Leasing | Tahoe Joe's | THJ Leasing | OCB Purchasing | Buffets Franchise | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notes Payable To Parent | (70,000,000) | - | - | - | - | - | - | - | - | 70,000,000 | - | - | - | - | - | - | - | - |
| LT Debt - Bank | - | 42,558,820 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 42,558,820 |
| **Total Long-Term Debt** | **(70,000,000)** | **42,558,820** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **70,000,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **42,558,820** |
| Capital Leases Auto- Long-Term | - | - | - | - | - | 302,733 | - | - | - | - | - | - | - | - | - | - | - | 302,733 |
| Capital Leases Property- Long-Term | - | - | - | - | - | - | - | - | - | - | - | 1,413,489 | - | - | - | - | - | 1,413,489 |
| **Total Capital Leases - Long Term** | **-** | **-** | **-** | **-** | **-** | **302,733** | **-** | **-** | **-** | **-** | **-** | **1,413,489** | **-** | **-** | **-** | **-** | **-** | **1,716,221** |
| **Accrued Rent** | **-** | **338,907** | **-** | **-** | **-** | **1,745,974** | **-** | **1,931,179** | **-** | **49,940** | **-** | **1,472,901** | **-** | **54,549** | **-** | **-** | **-** | **5,593,451** |
| **Leasehold Interest-Provision For Loss** | **-** | **-** | **-** | **-** | **-** | **4,398,342** | **-** | **3,793,075** | **-** | **432,292** | **-** | **8,077,618** | **-** | **229,319** | **-** | **-** | **-** | **16,930,646** |
| **Deferred Income Taxes - Non Current** | **-** | **8,574,333** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **8,574,333** |
| **Income Tax Payable-Non-Current** | **-** | **14,521,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **14,521,000** |
| Total Deferred Income | - | 1,058 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,058 |
| Accrued Restaurant Closing Costs - Non-Current | - | - | - | - | - | 1,078,048.37 | - | - | - | - | - | - | - | - | - | - | - | 1,078,048 |
| **Total Other Long-Term Liabilities** | **-** | **1,058** | **-** | **-** | **-** | **1,078,048** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **1,079,106** |
| **Total Non-Current Liabilities** | **(70,000,000)** | **65,994,117** | **-** | **-** | **-** | **7,525,097** | **-** | **5,724,254** | **-** | **70,482,233** | **-** | **10,964,008** | **-** | **283,868** | **-** | **-** | **-** | **90,973,577** |
| **Total Liabilities** | **(70,000,000)** | **124,813,116** | **2,720** | **-** | **-** | **14,681,072** | **22,532** | **9,256,703** | **8,006** | **76,765,581** | **-** | **19,016,772** | **-** | **1,302,963** | **2,777** | **15,284** | **-** | **175,887,526** |
| **Shareholders' Equity** | | | | | | | | | | | | | | | | | | |
| Common Stock | (103) | 1 | 10 | 99,999 | - | 10 | 10 | 1 | 10 | 10 | 10 | 10 | 10 | 1 | 10 | 1 | 10 | 100,000 |
| Additional Paid In Capital | - | 125,797,467 | - | (99,999) | - | - | - | - | - | - | - | - | - | - | - | - | - | 125,697,468 |
| Retained Earnings | - | (154,099,874) | 45,467 | 5,265 | (6,282,342) | (2,999,813) | 240,053 | (189,405) | 137,837 | 4,108,737 | - | (8,796,671) | - | (36,562) | 18,962 | (325,874) | - | (168,174,219) |
| Level 8 Profit/Loss | - | 245,218,987 | (672,308) | (5,265) | 6,280,700 | (55,244,563) | (5,266,882) | (785,475) | (2,669,103) | (3,960,296) | (325) | (16,229,770) | (571) | (1,783,711) | (477,400) | 10,306,472 | (360) | 174,710,129 |
| **Retained Earnings** | **-** | **91,119,113** | **(626,842)** | **0** | **(1,642)** | **(58,244,376)** | **(5,026,830)** | **(974,880)** | **(2,531,267)** | **148,440** | **(325)** | **(25,026,441)** | **(571)** | **(1,820,272)** | **(458,438)** | **9,980,598** | **(360)** | **6,535,909** |
| **Total Shareholders' Equity** | **(103)** | **216,916,581** | **(626,832)** | **0** | **(1,642)** | **(58,244,366)** | **(5,026,820)** | **(974,879)** | **(2,531,257)** | **148,450** | **(315)** | **(25,026,431)** | **(561)** | **(1,820,271)** | **(458,428)** | **9,980,599** | **(350)** | **132,333,377** |
| **Total Liabilities & S/E** | **(70,000,103)** | **341,729,697** | **(624,112)** | **0** | **(1,642)** | **(43,563,294)** | **(5,004,288)** | **8,281,824** | **(2,523,251)** | **76,914,032** | **(315)** | **(6,009,659)** | **(561)** | **(517,308)** | **(455,651)** | **9,995,884** | **(350)** | **308,220,903** |